B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Roszak, Thomas A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6382** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5 Rolling Ridge Road**<br>**Northfield, IL**<br>ZIP Code **60093** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **1415 Sherman Ave. Suite 401**<br>**Evanston, IL 60201-4454** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Roszak, Thomas A.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Roszak, Thomas A.** |

### Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Thomas A. Roszak**
_____
Signature of Debtor   **Thomas A. Roszak**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June  4, 2009**
_____
Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td>
</tr>
</table>

<table>
<tr>
<td>

**Signature of Attorney***

X **/s/ Deborah K. Ebner**
_____
Signature of Attorney for Debtor(s)

**Deborah K. Ebner 6181615**
_____
Printed Name of Attorney for Debtor(s)

**Law Office of Deborah K. Ebner**
_____
Firm Name

**11 East Adams Street**
**Suite 800**
**Chicago, IL 60603**
_____
Address

**Email: DKEBNER@deborahebnerlaw.com**
**312-922-3838  Fax: 312-922-8722**
_____
Telephone Number

**June  4, 2009**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
</table>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Thomas A. Roszak**                         Case No. _____

                                    Debtor(s)        Chapter    **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Thomas A. Roszak**
                          **Thomas A. Roszak**

Date:   **June 4, 2009**

1415 Sherman Condominium Assoc.
c/o Cagen Management
3856 Oakton
Skokie, IL 60076


1572 Maple Avenue Condo Assoc
Attention: Steve Kitsberg
Rosen Mgmt/6310 N Lincoln Ave
Chicago, IL 60659


24 Seven Discovere, LLC
222 North LaSalle Street
Chicago, IL 60604


601 S. Wells, LP
611 South Wells
Chicago, IL 60607


601 S. Wells, LP
611 South Wells
Chicago, IL 60607


611 S Wells Street Condo Assoc
Attn: Melissa Coogan, Property Mgr
611 S Wells Street
Chicago, IL 60607


Aaron Masliansky
PO Box 8528
Winnetka, IL 60093


Aaron Mazliansky
POB 8528
Northfield, IL 60093


Aaron Miller
c/o David T. Brown
Much Shelist, et al
191 North Wacker Drive #1800
Chicago, IL 60606


Action Caulking
625 Executive Drive
Willowbrook, IL 60527

Advanta Mastercard
Welsh & McKeans Roads
PO Box 844
Spring House, PA 19477-0844

Advanta Mastercard
Welsh & McKean Roads
PO Box 844
Spring House, PA 19477-0844

Allan Goldberg
Arnstein & Lehr
120 S Riverside Plaza, Suite 1200
Chicago, IL 60606

Amer Honda
2170 Point Blvd
Elgin, IL 60123

American Express
POB 7871
Fort Lauderdale, FL 33329

American Express
POB 7871
Fort Lauderdale, FL 33329

American Honda Credit
POB 60001
City Of Industry, CA 91716

American Servicing
8480 Stagecoach Circle
Frederick, MD 21701

American Servicing
8480 Stagecoach Circle
Frederick, MD 21701

Andew "Flip" Filipowski
111 North Chestnut Street
Suite 200
Winston Salem, NC 27101

Andrew Filipowski
111 North Chestnut Street
Suite 200
Winston Salem, NC 27101


Area Erectors, Inc.
404 Mercantile Ct.
Wheeling, IL 60090


Arizona Aire  Boutique, Inc.
c/o JL Russell & Associate
13700 Spate Rd, Suite 4
North Royalton, OH 44133


Arizona Multiple Listing Service
130 S Priest Dr # 101
Tempe, AZ 85281


Arizona Public Service
PO Box 2906
Phoenix, AZ 85062-2906


Asc
8480 Stagecoach Ci
Frederick, MD 21701


Asc
8480 Stagecoach Ci
Frederick, MD 21701


Associated Engineering Inc.
11410 N. Cave Creek Road
Phoenix, AZ 85020


AT&T
PO Box 8100
Aurora, IL 60507


Atlas Contrete Cutting Services,Inc
50 W. Michigan Ave.
Palatine, IL 60067

```
AVB
Attn: Frank Weiss
7316 E 6th Avenue
Scottsdale, AZ 85251


AVB
Frank Weiss
7316 E. 6th Avenue
Scottsdale, AZ 85251


AVB A&G, LLC
6373 Nancy Ridge Road
San Diego, CA 92121


Bank of America
135 South LaSalle Street
Chicago, IL 60603


Bank of America
135 South LaSalle Street
Chicago, IL 60603


Bank of America
136 South LaSalle Street
Chicago, IL 60603


Bank of America
c/o Murray Jensen & Wilson Ltd
101 N Wacker Drive, Suite 101
Chicago, IL 60606


Bank of America
c/o Murray Jensen & Wilson Ltd
101 N Wacker Drive, Suite 101
Chicago, IL 60606


Bank of America
f/k/a LaSalle Bank
135 S. LaSalle
Chicago, IL 60603


Bk Of Amer
4161 Piedmont Pkwy
Greensboro, NC 27410
```

blackdogStudio
590 Means Street
Suite 102
Atlanta, GA 30318


Blue Water Chemical Company
7339 E Acoma Drive
Scottsdale, AZ 85260


Canac Kitchens
511 Busse Road
Elk Grove Village, IL 60007


Canac Kitchens Limited
c/o Kohler Co.
444 Highland Drive
Kohler, WI 53044


Capital One
PO Box 60000
Seattle, WA 98190


Capital Source Finance, LLC
4445 Willard Avenue
Twelfth Floor
Chevy Chase, MD 20815


Care Cr/Gemb
Po Box 981439
El Paso, TX 79998


Cecconi Simone Inc.
c/o Terrence Wilson
1335 Dundas Street West
Toronto, CANADA


Chad & Keira Kartchner
1210 Chicago Ave #603
Evanston, IL 60202


Chase
Bank One Card Serv
Westerville, OH 43081

Chase
Bank One Card Serv
Westerville, OH 43081

Chase
Credit Bureau Depa
Fort Worth, TX 76101

Chase Visa Card Services
PO Box 94014
Palatine, IL 60094-4014

Chase- Bp
800 Brooksedge Blv
Westerville, OH 43081

Chrysler Financial
POB 9223
Farmington, MI 48333

Chryslr Fin
P.O. Box 9223
Farmington Hil, MI 48333

Church Street Office Center
c/o Cohen Salk & Huvard PC
630 Dundee Road, Suite 120
Northbrook, IL 60062

Church Street Office Center LLC
c/o Cohen Salk & Huvard PC
630 Dundee Road, Suite 120
Northbrook, IL 60062

CIG International, LLC
1350 Connecticut Ave N. W.
Oak Brook, IL 60523

CIG International, LLC
1350 Connecticut Ave N. W.
Oak Brook, IL 60523

CIG International, LLC
4445 Willard Ave.
Chevy Chase, MD 20815

CIG International, LLC
1350 Connecticut Ave N. W.
Suite 1250
Washington, DC 20036


CIG International, LLC
c/o Cohen Salk & Huvard PC
630 Dundee Road, Suite 120
Northbrook, IL 60062


Cioni Excavating, Inc.
70 Noll Street
Waukegan, IL 60085


CIT Technology Fin Serv Inc
2116 Network Plaza
Chicago, IL 60673


Citi
Pob 6241
Sioux Falls, SD 57117


Citi
Pob 6241
Sioux Falls, SD 57117


Citi Mastercard
PO Box 6401
The Lakes, NV 88901-6401


Citi Mastercard
PO Box 6401
The Lakes, NV 88901


Citi-Citgo
Po Box 6497
Sioux Falls, SD 57117


Citibusiness Card
PO Box 688901
Des Moines, IA 50368

```
City of Evanston
Attn: Dennis Marino
2100 Ridge Road
Evanston, IL 60201


City of Evanston
Dennis Marino
2100 Ridge Road
Evanston, IL 60201


City of Evanston-Building Dept.
2100 Ridge Avenue
Evanston, IL 60201


City of Mesa
20 E. Main Street, Suite 200
P.O. Box 1466
Mesa, AZ 85211


City of Scottsdale
PO Box 1300
Scottsdale, AZ 85252-1300


Clearvision, Inc.
850 N. DeWitt Place
Suite 20-J
Chicago, IL 60611


Cohen, Salk & Huvard, P.C.
630 Dundee Road
Northbrook, IL 60062


Cohen, Salk & Huvard, P.C.
630 Dundee Road
Northbrook, IL 60062


Cohen, Salk & Huvard, P.C.
630 Dundee Road
Suite 120
Northbrook, IL 60062


Cohen, Salk & Huvard, P.C.
630 Dundee Road
Suite 120
Northbrook, IL 60062
```

```
Coleman Floor Company-Upgrades
1331 Davis Road
Elgin, IL 60123


Comcast Cable
PO Box 3002
Southeastern, PA 19398


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


ComEd-1
Bill Payment Center
Chicago, IL 60668-0001


ComEd-1740-305
Bill Payment Center
Chicago, IL 60668


ComEd-1740-404A
Bill Payment Center
Chicago, IL 60668


Condo Association
Attn: Allan Goldberg
120 S. Riverside Plaza #1200
Chicago, IL 60606


Condo Association
Allan Goldberg
120 S. Riverside Plaza, #1200
Chicago, IL 60606


Contract Mirror & Supply Co.
200 William Street
Bensenville, IL 60106


Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197


Cook County Treasurer
PO Box 4468
Carol Stream, IL 60197
```

Cook County Treasurer-5RR
PO Box 4488
Carol Stream, IL 60197-4488

Corporate Collection Services
PO Box 22630
Beachwood, OH 44122

Corporation Services Company
PO Box 13397
Philadelphia, PA 19101

Corus Bank N.A.
3959 North Lincoln Ave.
Chicago, IL 60613

Corus Bank, Inc.
c/o Cohen Salk & Huvard PC
630 Dundee Road, Suite 120
Northbrook, IL 60062

Cromwell Consulting, Inc.
27 Glen Street
Suite #5
Stoughton, MA 02072

Cullie Group
Attn: Shay Cullen
126 S. Northwest Hwy
Barrington, IL 60010

Cullie Group
Shay Cullen
126 S. Northwest Hwy.
Barrington, IL 60010

Cullie Group
126 S. Northwest Hwy
Barrington, IL 60010

De Canio Builders Supply Co., Inc.
P.O. Box 12379
Chicago, IL 60612

DeGraf Concrete
Attn: Mike Pirron
300 Alderman Avenue
Wheeling, IL 60090


DeGraf Concrete
Mike Pirron
300 Alderman Avenue
Wheeling, IL 60090


DeGraf Concrete
300 Alderman Avenue
Wheeling, IL 60090


Deidre Hastings
c/o Levin Riback Law Group
200 N. LaSalle
Chicago, IL 60601


Deirdre Hastings
c/o Levin Riback Law Group
200 N LaSalle St, Suite 2300
Chicago, IL 60601


Delaware Secretary
Division of Corporations
P.O. Box 74072
Baltimore, MD 21274


Desert Lifestyle Management
PMB181
20875 N. Pima Rd, #C4
Scottsdale, AZ 85255


Desert Living
2525 East Camelback Road
Suite 120
Phoenix, AZ 85016


Desert Mountain Master Assoc
8360 E Via De Ventura
Suite 100 Building L
Scottsdale, AZ 85258

Disposal Management Systems, Inc.
420 Cutters Mill Lane
Schaumburg, IL 60194


Donald J. Walin
Wallin Gomez Architects, Inc.
650 S Clark Street, Suite 700
Chicago, IL 60605


Donna M. Winters & Associates
16099 N. 82nd Street
Suite B-1
Scottsdale, AZ 85260


Dsnb Bloom
3039 Cornwallis Rd
Durham, NC 27709


Dsnb Macys
3039 Cornwallis Rd
Durham, NC 27709


Eddie Bauer
101 Crossway Park West
Woodbury, NY 11797


Eric D. Kaplan
Kaplan Papakakis & Gournis PC
180 N LaSalle St, Suite 2108
Chicago, IL 60601


Evanston Signs & Graphics, Inc.
2120 Ashland Avenue
Evanston, IL 60201


Exxmblciti
Po Box 6497
Sioux Falls, SD 57117


Fast Frame
2843 W. Dundee Rd.
Northbrook, IL 60062

Federal Insurance Co.
c/o Cozen O'Connor
222 S. Riverside Plaza
Chicago, IL 60606


Federal Insurance Company
c/o Cozen O'Connor
222 S Riverside Plaza, Suite 1500
Chicago, IL 60606


Fia Csna
4060 Ogletown/Stan
Newark, DE 19713


Fia Csna
4060 Ogletown/Stan
Newark, DE 19713


Fia Csna
4060 Ogletown/Stan
Newark, DE 19713


First Class Moving & Storage
3040 Commercial Ave
Northbrook, IL 60062


Ford Motor Credit/Ford Financial
POB 64409
Colorodo Springs, CO 80692


Frd Motor Cr
Pob 542000
Omaha, NE 68154


Fruchtman
Attn: Lloyd Fruchtman
525 Bishop Street
Atlanta, GA 30318


Fruchtman Associates
525 Bishop Street
Atlanta, GA 30318

Fruchtman Associates Architects LLC
P.O. Box 76697
Atlanta, GA 30358


Fujikawa Johnson
Attn: Tom Fujikawa
111 E Wacker Dr, Suite 3015
Chicago, IL 60601


Fujikawa Johnson
Tom Fujikawa
111 W. Wacker, Suite 3015
Chicago, IL 60601


FujikawaJohnsonGobel Architects Inc
111 E. Wacker Drive
Suite 3015
Chicago, IL 60601


Galaxy Electric, Inc.
1002 Bonaventure Dr.
Elk Grove Village, IL 60007


Gali Nuriel and Aaron Miller
c/o David T. Brown, Esq
Much Shelist et al :
191 NOrth Wacker Drive #1800
Chicago, IL 60606


Gams Communications, LLC
308 W. Erie
4th Floor
Chicago, IL 60610


GE Capital
P.O. Box 740423
Atlanta, GA 30374


Gemb/Gap
Po Box 981400
El Paso, TX 79998


Gemb/Gap
Po Box 981400
El Paso, TX 79998

Geoffrey Walker, PC
9636 North 25th Place
Phoenix, AZ 85028


Granite Style Design, Inc.
3111 N. Rockwell
Chicago, IL 60618


Gremley & Biedermann
A Division of PLCS Corporation
P.O. Box 92170
Elk Grove Village, IL 60009


GW Thiel, Inc.
1625 Winnetka Circle
Rolling Meadows, IL 60008


Harris, N.A.
Attn: Ken Green
50 N. Brockway
Palatine, IL 60067


Hayward Baker, Inc.
1350 W. Lake
Roselle, IL 60172


Haywood-Baker
Attn: Steve Scherer
1350 W. Lake Street
Roselle, IL 60172


Haywood-Baker
Steve Scherer
1350 W. Lake Street
Roselle, IL 60172


Haywood-Baker
1350 W. Lake Street
Roselle, IL 60172


Hedrich Blessing, Ltd.
400 North Peoria Street
Chicago, IL 60642

Hillside Industries, Inc.
d/b/a Hayes Glass & Mirror
5101 Darmstadt Rd
Hillside, IL 60162


HMS Engineering
230 S. Westmore Ave
Lombard, IL 60148


Hsbc/Neimn
Pob 15521
Wilmington, DE 19805


Idlewood Electric
114 Skokie Valley Road
Highland Park, IL 60035


IES
2328 W. Huntington Drive
Tempe, AZ 85282


IL Attorney General, Mr. B. Johnson
Disability Rights Bureau
100 W. Randolph, 11th Floor
Chicago, IL 60601


Illinois Attorney General
100 W Randolph
11th Floor
Chicago, IL 60601


ILT Vignocchi
25865 West Ivanhoe Road
Wauconda, IL 60084


Indecor, Inc.
5009 N. Winthrop Ave
Chicago, IL 60640


Inland Bank
2809 Butterfield Rd
#310
Oak Brook, IL 60523

Inland Bank & Trust
225 S. Wolf
Hillside, IL 60162


Irrigation Services
625 Wheeling Road
Wheeling, IL 60090


Jefco Equipment, Co, Inc.
c/o Smith Amundsen LLC
150 N Michigan Ave, Suite 3300
Chicago, IL 60601


John Irpino
c/o GOLDBERG WEISMAN & CAIRO
One E Wacker Dr, Suite 3800
Chicago, IL 60601


John Irpino
c/o Goldberg Weisman & Cairo
1 E. Wacker, #3800
Chicago, IL 60601


Jones & Cleary
Sheet Metal Co., Inc.
6030 South Chicago Ave
Chicago, IL 60637


K Bonita
454 N Sweetzer
Los Angeles, CA 90048


Kenig Lindgren O'Hara Aboona, Inc.
9575 W. Higgins Road
Suite 400
Rosemont, IL 60018


Kitchen Sink Studios
Attn: Nick Hower
828 N 3rd Street
Phoenix, AZ 85003


Kitchen Sink Studios
c/o Geoffrey Walker PC
9636 N. 25th Place
Phoenix, AZ 85028

Kitchen Sink Studios, Inc.
c/o Geoffrey Walker
9636 N. 25th Place
Phoenix, AZ 85028


KRK Mechanical, Inc.
821 Deering Court
West Chicago, IL 60185


Kyc Sl/Glhec
2401 International
Madison, WI 53704


LaSalle Bank
135 S. LaSalle
Chicago, IL 60603


Lauren Newman
Thompson Coburn
55 East Monroe 37th FLoor
Chicago, IL 60603


Lauren Newman


Lemoi Ace Hardware
1008 Davis Street
Evanston, IL 60201


Lemoi Ace Hardware
1008 Davis Street
Evanston, IL 60201


Lichtenwald Johnson, Inc.
c/o Karen Berres
69 S. Barrington Road
South Barrington, IL 60010


Lichtenwald-Johnson
Ironworks Co.
7840 Lehigh Ave
Morton Grove, IL 60053

Lichtenwald-Johnson Ironworks
c/o Karen Berres
69 S. Barrington Road
South Barrington, IL 60016


LJ Ironworks
Attn: Patrick Cansler
7840 Lehigh
Morton Grove, IL 60053


LJ Ironworks
Patrick Cansler
7840 Lehigh
Morton Grove, IL 60053


LJ Ironworks
7840 Lehigh
Morton Grove, IL 60053


Lloyd Fruchtman
525 Bishop Street
Atlanta, GA 30318


Maher Partners, LLC
2867 Independence Ave
Glenview, IL 60026


Maher Partners, LLC
2867 Independence Ave
Chicago, IL 60626


Market Square Lofts Condo
Legum & Norman Midwest
PO Box 65345
Phoenix, AZ 85082


Matan's Painting
175 South Wheeling Road
Wheeling, IL 60090


Matsen Ford Design Associates Inc.
N8 W22350 Johnson Drive
Suite B9
Waukesha, WI 53186

Matsen Ford Design Associates, Inc.
N8 W22350 Johnson Drive
Suite B9
Waukesha, WI 53186


Matsen Ford Design Associates, Inc.
c/o Clausen Miller PC
10 S LaSalle Street
Chicago, IL 60603


Matsen-Ford
325 Forest Grove Drive
Pewaukee, WI 53072


Matthew Roszak
2883 Independence Ave
Glenview, IL 60025


Matthew Roszak
2883 Independence Ave.
Glenview, IL 60025


McShane Construction Corporation
9550 W. Higgins
Suite 200
Rosemont, IL 60018


McShane Contractors
Attn: Keith Dafcik
9550 W Higgins Rd #200
Des Plaines, IL 60018


McShane Contractors
Keith Dafcik
9550 W. Higgins Rd., #200
Rosemont, IL 60018


Merrill Lynch & Co., Inc.
1 N Wacker Drive
Suite 1900
Chicago, IL 60606


Mitsubishi Electric
5665 Plaza Drive
Cypress, CA 90630

Nels J Johnson Tree Experts, Inc.
c/o Couri and Couri
522 Lincoln Avenue
Winnetka, IL 60093


Nels J. Johnson Tree Experts, Inc.
912 Pitner
Evanston, IL 60202


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor-1
P.O. Box 416
Aurora, IL 60568


Nicor-53567867923
P.O. Box 416
Aurora, IL 60568


Noack & Macey LLC
100 N. Riverside Plaza
Chicago, IL 60601


Northwest Millwork
455 E. Jarvis Ave.
Des Plaines, IL 60018


Northwest Millwork
455 E. Jarvis
Des Plaines, IL 60018


Northwest Millwork
455 E. Jarvis
Des Plaines, IL 60018


Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 60606


O'Brien & Associates
1235 E. Davis St
Arlington Heights, IL 60005

Office of the Attorney General
Disability Rights Bureau
100 West Randolph Street
Chicago, IL 60601


Optimum Options, Inc.
Nonna Knapp
100 E. Walton #31B
Chicago, IL 60611


PaceCommunications
1301 Caolina Street
Greensboro, NC 27401


Park National Bank
28 West Madison
Oak Park, IL 60302


Park National Bank
28 West Madison
Oak Park, IL 60302


Park National Bank
c/o Lauren Newman- Thompson, Coburn
55 East Monroe
Chicago, IL 60603


Park National Bank
801 N. Clark
Chicago, IL 60610


Park National Bank
c/o Thompson Coburn Fagel Haber
55 East Monroe Street, 37th Floor
Chicago, IL 60603


Park National Bank
Thomas Coburn Fagel Haber
55 East Monroe St- 37th Floor
Chicago, IL 60603


Park Nationl
28 W Madison
Oak Park, IL 60302

Paul Roszak
Phoenix, AZ


Paul Virgilio
21805 Field Parkway
Suite 140
Barrington, IL 60010


Paul Virgilio
21805 Field Parkway, Suite 140
Deer Park, IL 60010


Pekin Insurance
c/o Pretzel & Stouffer
1 S. Wacker Drive, #2500
Chicago, IL 60606


Pellerin Milnor Corporation
P.O. Box 400
Kenner, LA 70063


Peter G. Colis
30 Regentwood Rd.
Northfield, IL 60093


Pew & Lake, PLC
1744 S. Val Vista Drive
Suite 217
Mesa, AZ 85204


Professional Plumbing, Inc.
1435 South Barrington  Rd.
Barrington, IL 60010


Rainbow Glass & Trim Ltd.
31 Monaco Road
Roselle, IL 60172


Rainbow Glass & Trim Ltd.
31 Monaco Road
Roselle, IL 60172

Republic Bank of Chicago
2221 Camden Court
Oak Brook, IL 60523-9848


Republic Bank of Chicago
2221 Camden Court
Oak Brook, IL 60523-9848


Revcon
Attn: Guy Revesz
500 Industrial Drive
Lincolnshire, IL 60069


Revcon
Guy Revesz
500 Industrial Drive
Prairie View, IL 60069


Revcon
500 Industrial Drive
Prairie View, IL 60069


Rober Kleish, VP, Workout Loan Cons
Harris NA (SAMU) 111 W. Monroe St
111-11W
Chicago, IL 60603


Rockford Ornamental Iron
Attn: Rob Kapala
1817 Michigan Avenue
Rockford, IL 61102


Rockford Ornamental Iron
Rob Kapala
1817 Michigan Ave.
Rockford, IL 61102


Rockford Ornamental Iron Inc.
7410 Forest Hills Road
Rockford, IL 61111


Rockford Ornamental Iron Inc.
7410 Forest Hills Road
Rockford, IL 61111

Rockford Ornamental Iron, Inc.
1817 Michigan Ave
Rockford, IL 61102


Rose Pest Solutions
414 Frontage Road
Winnetka, IL 60093


Roszak- ADC
POB 8528
Northfield, IL 60093


Roszak- ADC
POB 8528
Winnetka, IL 60093


Roszak-ADC, LLC
POB 8528
Northfield, IL 60093


Roszak-ADC, LLC
POB 8528
Northfield, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093

```
Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093
```

```
Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC LLC
PO Box 8528
Northfield, IL 60093


Roszak/ADC, Inc.
PO Box 8528
Winnetka, IL 60093
```

Roszak/ADC, LLC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC, LLC
c/o Cohen Salk & Huvard PC
630 Dundee Road, Suite 120
Northbrook, IL 60062


Roszak/ADC, LLC
c/o Cohen Salk & Huvard PC
630 Dundee Road, Suite 120
Northbrook, IL 60062


Roszak/ADC, LLC
c/o Querrey Harrow LTD
1600
Chicago, IL 60604


Roszak/ADC, LLC
c/o CAPUANI IZZO & SHIEL LAW
221 N LaSalle St
Chicago, IL 60601


Roszak/ADC, LLC
c/o Cassiday Schade LLP
20 N Wacker Dr, Suite 1040
Chicago, IL 60606


Roszak/ADC, LLC
Wilson Elser Moskowitz
120 S LaSalle Street
Chicago, IL 60602


Roszak/ADC, LLC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC, LLC
PO Box 8528
Winnetka, IL 60093


Roszak/ADC, LLC
PO Box 8528
Winnetka, IL 60093

Safe Guard Basement Technologies
400 Domenic Court
Franklin Park, IL 60131


Safe Guard Basement Technologies
400 Domenic Court
Franklin Park, IL 60131


Scott Jensen
Murray, Jensen & WIlson, Ltd
101 North Wacker Drive #101
Chicago, IL 60606


Scott Jensen
Murray, Jensen & WIlson, Ltd
101 North Wacker Drive #101
Chicago, IL 60606


Sealmaster, Inc.
425 Huehl Road
Unit 11B
Northbrook, IL 60062


Sienna Board Condominium Associatio
c/o Jim Kenny, President
4752 Wellington Drive
Long Grove, IL 60047


Sienna Condo Association
120 S. Riverside Plaza, #1200
Chicago, IL 60606


Sienna Condominiums
1720-1740 Oak Avenue
Evanston, IL 60201


Sienna Court Condominium Assoc
1720-1740 Oak Avenue
Evanston, IL 60201


Sienna Court Condominium Assoc Inc
c/o Allan Goldberg/Arnstein & Lehr
120 S Riverside Plaza, Suite 1200
Chicago, IL 60606

Sienna Court Condominium Assoc.
1740 Oak Avenue
Evanston, IL 60201


Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


Sign A Rama
4443 Oakton St.
Skokie, IL 60076


SKC Construction, Inc.
P.O. Box 503
West Dundee, IL 60118


Sound Incorporated
1550 Shore Drive
Naperville, IL 60563


Southwest Gas Corporation
PO Box 52075 MS 42A-002
Phoenix, AZ 85072-2075


Southwest Gas Corporation
P.O. Box 52075 MS 42A-002
Phoenix, AZ 85072


Sowlat Engineers PC


Spancrete Illinois
c/o Prusik Selby Daley & Swan
209 W Jackson Blvd, Suite 810
Chicago, IL 60604

Sprint
P.O. Box 4191
Carol Stream, IL 60197


Stantec
13980 Collections Center Drive
Chicago, IL 60693


State of Illinois
c/o Benjamin T. Johnson
100 W Randolph St, 11th Floor
Chicago, IL 60601


Steven Hartman
Freeborn & Peters
311 South Wacker Suite 3000
Chicago, IL 60606


Steven Hartman
Freeborn & Peters
311 South Wacker Suite 3000
Chicago, IL 60606


STS Consultants, LTD.
P.O. Box 1238
Bedford Park, IL 60499


Suburban Bank & Trust
150 Butterfield Road
Elmhurst, IL 60126


Suburban Bank & Trust Company
150 Butterfield Road
2nd Floor
Elmhurst, IL 60126


Suburban Bank & Trust Company
150 Butterfield Road
2nd Floor
Elmhurst, IL 60126


Summit Builders
Attn: Jeff Stone
3333 E. Camelback Rd, Suite 1
Phoenix, AZ 85018

Summit Builders
Jeff Stone
3333 E. Camelback Rd, Suite 122
Phoenix, AZ 85018


Summit Builders
Jeff Stone
3333 E. Camelback Rd, Suite 122
Phoenix, AZ 85018


Terrence Calkins
c/o Thomas A. Morrissey
102 W Burlington Ave #1
La Grange, IL 60525


Terrence Calkins
c/o Thomas Morrissey
102 W. Burlington, #1
La Grange, IL 60525


The Cullie Group, LLC
126 South Northwest Highway
Barrington, IL 60010


The Lord Companies, LLC
1033 W. Van Buren
Suite 700
Chicago, IL 60607


Thomas Roszak Architecture LLC
PO Box 8528
Winnetka, IL 60093


Thompson Coburn Fagel Haber
55 East MOnreo 37th FLoor
Chicago, IL 60603


ThyssenKrupp Safway, Inc.
OS 490 Route 83
Oakbrook Terrace, IL 60181


Ticor Title Insurance
203 N LaSalle Street
Chicago, IL 60601

```
Tierra Custom Homes, Inc.
9170 East Bahia Drive
Suite 103A
Scottsdale, AZ 85260


Tierra Custom Homes, Inc.
9170 East Bahia Drive
Suite 103A
Scottsdale, AZ 85260


Tierra Custom Homes, Inc.
9170 East Bahia Drive
Suite 103A
Scottsdale, AZ 85260


Tierra Custom Homes, Inc.
9170 East Bahia Drive
Suite 103A
Scottsdale, AZ 85260


Tonyan Brothers, Inc.


TR Alma Partners
PO Box 8528
Winnetka, IL 60093


TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093
```

```
TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093
```

```
TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093
```

```
TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093
```

```
TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093
```

```
TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093
```

```
TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093
```

```
TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093
```

```
TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093
```

```
TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093
```

```
TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093
```

```
TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093
```

```
TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Alma Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Alma, Aquaterra, Condo/hotel pro
PO Box 8528
Winnetka, IL 60093


TR Alma, Aquaterra, Condo/hotel pro
Winnetka, IL 60093


TR Alma, Aquaterra, Condo/hotel pro
Winnetka, IL 60093


TR Alma, Aquaterra, Condo/hotel pro
PO Box 8528
Winnetka, IL 60093


TR Alma, Aquaterra, Condo/hotel pro
PO Box 8528
Winnetka, IL 60093
```

TR Development Workshop, Inc.
c/o Cassiday Schade LLP
20 N Wacker Dr, Suite 1040
Chicago, IL 60606


TR Harrison Partners, LLC
POB 8528
Northfield, IL 60093


TR Harrison Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Harrison Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Harrison Sales Office, Inc.
PO Box 8528
Winnetka, IL 60093


TR Harrison Sales Office, LLC
PO Box 8528
Winnetka, IL 60093


TR MANAGEMENT , INC
POB 8528
Northfield, IL 60093


TR MANAGEMENT , INC
POB 8528
Northfield, IL 60093


TR Management and Consulting LLC
PO Box 8528
Winnetka, IL 60093


TR Management, Inc
POB 8528
Northfield, IL 60093


TR Management, Inc.
PO Box 8528
Winnetka, IL 60093

TR Realty Workshop, Inc-
POB 8528
Winnetka, IL 60093


TR Realty Workshop, Inc.
P.O. Box 8528
Northfield, IL 60093


TR Sienna Partners, LLC
c/o Novack & Macey LLP
100 N Riverside Plaza
Chicago, IL 60601


TR Sienna Partners, LLC
c/o Novack & Macey LLP
100 N Riverside Plaza
Chicago, IL 60601


TR Sienna Partners, LLC
Cohen Salk & Huvard PC
630 Dundee Road, Suite 120
Northbrook, IL 60062


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
Cohen Salk & Huvard PC
630 Dundee Road, Suite 120
Northbrook, IL 60062


TR Sienna Partners, LLC
PO Box 8528
Winthrop Harbor, IL 60096


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093

```
TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna Partners, LLC
PO Box 8528
Winnetka, IL 60093


TR Sienna, Condos, Phase 1+2
PO Box 8528
Winnetka, IL 60093


TR Sienna, Condos, Phase 1+2
PO Box 8528
Winnetka, IL 60093


TR Sienna, Condos, Phase 1+2
PO Box 8528
Winnetka, IL 60093


TR Sienna, Condos, Phase 1+2
PO Box 8528
Winnetka, IL 60093


TR Sienna, Condos, Phase 1+2
PO Box 8528
Winnetka, IL 60093
```

```
TR Sienna, Condos, Phase 1+2
PO Box 8528
Winnetka, IL 60093


TR Sienna, Hotel/Assisted Living
PO Box 8528
Winnetka, IL 60093


TR Sienna, Hotel/Assisted Living
PO Box 8528
Winnetka, IL 60093


TR Sienna, Hotel/Assisted Living
PO Box 8528
Winnetka, IL 60093


TR Sienna, Hotel/Assisted Living
PO Box 8528
Winnetka, IL 60093


TR Sienna, Hotel/Assisted Living
PO Box 8528
Winnetka, IL 60093


TR Sienna, Inc.
Wilson Elser Moskowitz
120 S LaSalle Street
Chicago, IL 60602


TR Sienna, Inc.
PO Box 8528
Winnetka, IL 60093


United States Treasury
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220


US Department of Treasury - IRS
Office of District Counsel
200 West Adams #2300
Chicago, IL 60606
```

Virgilio & Associates, Ltd.
21805 Field Parkway
Suite 104
Deer Park, IL 60010


Virgilio & Associates, Ltd.
Structural Engineers
765 Ela Rd., Suite 211
Lake Zurich, IL 60047


Visdsnb
9111 Duke Blvd
Mason, OH 45040


Visdsnb
9111 Duke Blvd
Mason, OH 45040


Volkswagon Credit
POB 17497
Baltimore, MD 21297


Volkswagon Credit
POB 17497
Baltimore, MD 21297


Wallin-Gomez
Attn: Don Wallin
711 S. Deaborn St. #606
Chicago, IL 60605


Wallin-Gomez
Don Wallin
711 S. Dearborn, #606
Chicago, IL 60605


Wallin-Gomez Architects, Ltd.
c/o Adler Murphy McQuillen
1 N LaSalle St, Suite 2300
Chicago, IL 60602


Wallin/Gomez Architects
650 S. Clark St.
Suite 700
Chicago, IL 60605

Wallin/Gomez Architects Ltd.
711 S. Dearborn Street
Suite 606
Chicago, IL 60605


Wallin/Gomez Architects Ltd.
650 Clark Street
Suite 700
Chicago, IL 60605


Western Surety Company
P.O. Box 5077
Sioux Falls, SD 57117


Western Surety Company
P.O. Box 5077
Sioux Falls, SD 57117


Whitestone Realty Capital, LLC
225 E 57th Street
Suite 11k
New York, NY 10022


Whitestone Realty Capital, LLC
225 E 57th Street
Suite 11k
New York, NY 10022


Wood-Mode, Inc.
One Second Street
Kreamer, PA 17833


Wright Engineering Corporation
165 East Chilton
Chandler, AZ 85225


Wydebeam Broadband
1333 W. Broadway
Mesa, AZ 85202


Young H. Ki
8 S. Michigan Avenue
Suite 310
Chicago, IL 60603